UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GERALDINE A. TRICE,

               Plaintiff,

vs.

JAMES HUYNH,

               Defendant.

2:16-cv-02424-GMN-VCF

**ORDER TO PAY FILING FEE OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE**

On October 17, 2016, Geraldine A. Trice commended this civil action by filing a document entitled "Notice of Removal." (ECF No. 1). The filing purports to be a removal from Justice Court in case number 16C016844, *James Huynh v. Geraldine A. Trice*.

The filing fee required by 28 U.S.C. § 1914 has not been paid.

Accordingly, IT IS HEREBY ORDERED, that on or before November 30, 2016, Geraldine A. Trice must pay the $350 required filing fee plus $50 administrative fee or make an appropriate application to this court regarding the filing fee requirement in this case. Failure to comply with this order will result in a Report and Recommendation that this action should be dismissed.

IT IS FURTHER ORDERED that a show cause hearing as to why this action should not be dismissed for failure to pay filing fee is scheduled for 3:00 p.m., December 2, 2016, in Courtroom 3D. Geraldine A. Trice must attend the hearing in person.

The show cause hearing <u>will be vacated</u> if the $350 required filing fee plus $50 administrative fee or an appropriate application to this court regarding the filing fee requirement in this case is lodged with the Court.

DATED this 17th day of November, 2016.

                                                                _____
                                                                CAM FERENBACH
                                                                UNITED STATES MAGISTRATE JUDGE